IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID PETRISOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25-cv-843 |
| | ) | |
| H.R. SMITH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the United States Magistrate Judge's Order and Recommendation ("Recommendation") to dismiss the case for failure to pay the filing fee, failure to prosecute, and failure to comply with the Court's Orders, unless Mr. Petrisor paid the $405 filing fee by May 14, 2026. *See* Dkt. 11.[1] The United States Magistrate Judge filed the Recommendation on April 30, 2026. The filing fee was not paid by the deadline. Furthermore, no objections to the Recommendation were filed within the requisite time limits. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Therefore, the Court need not make a *de novo* determination, *see* 28 U.S.C. § 636(b)(1)(C);

[1] On March 2, 2026, the Magistrate Judge initially recommended that the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with the Court's prior Order. Dkt. 7 at 2. Mr. Petrisor was given until March 19, 2026, to pay $250 towards the filing fee. *Id.* That deadline passed, and Mr. Petrisor did not pay the fee. On April 1, 2026, Mr. Petrisor filed a Notice of Delayed Filing, requesting an extension of time, and a Motion to Join, seeking to join this case with a prior, pending case from 2023. Dkt. 11 at 1. Plaintiff still failed to pay the filing fee.

Fed. R. Civ. P. 72(b)(3), and "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment). After due consideration, the Recommendation is hereby adopted in full.

**IT IS THEREFORE ORDERED** that the Recommendation, Dkt. 11, is **ADOPTED**. **IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee, failure to prosecute, and failure to comply with the Court's Orders.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 20th day of August, 2026.

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE